IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGEPORT MUSIC, INC., ET AL.                )
                                               )
v.                                             )         No. 3:01-1121
                                               )         JUDGE CAMPBELL
JAS-ELL MUSIC PUBLISHING, ET AL.               )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 39), entered April 19, 2006, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 39) is ADOPTED and APPROVED. Accordingly, Plaintiffs' Motion for Judgment by Default Against Defendant Jas-Ell Music Publishing, Inc. (Docket No. 32) is GRANTED. By contemporaneous Order, the Court shall enter default judgment against Defendant Jas-Ell Music Publishing.

Entry of this Order shall constitute final judgment in this matter. Fed. R. Civ. P. 58. The Clerk is directed to close this file.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE